**Order filed March 21, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00048-CV

———————

**ASHLEY THOMAS, Appellant**

**V.**

**DM ARBOR COURT, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1119150**

---

## O R D E R

The notice of appeal in this case was filed January 15, 2019. The clerk's record was filed February 28, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 5, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM
